UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES CARRASQUILLO,<br><br>                Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>                Defendant. | CASE NO. CV 08-1918 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded at Step Five consistent with the Memorandum Opinion and Order.

DATED: June 12, 2009

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE